IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY J. HERRON, individually and
as a wife; and WILLIE G. HERRON,
individually and as a husband                                        PLAINTIFFS

v.                          No. 3:16-cv-60-DPM

GREGORY V. BABB and
TWO RIVERS INC.                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2017